KAREN L. LOEFFLER
United States Attorney

KYLE REARDON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Email: kyle.reardon@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | COUNTS 1: |
| | ) | SEXUAL EXPLOITATION OF A |
| v. | ) | CHILD – RECEIPT OF CHILD |
| | ) | PORNOGRAPHY |
| GREGORY TODD NUMANN, | ) | Vio. of 18 U.S.C. § 2252(a)(2) |
| | ) | and (b)(1) |
| Defendant. | ) | |
| | ) | COUNT 2: |
| | ) | SEXUAL EXPLOITATION OF A |
| | ) | CHILD – POSSESSION OF CHILD |
| | ) | PORNOGRAPHY |
| | ) | Vio. of 18 U.S.C. § 2252(a)(4)(B) |
| | ) | and (b)(2) |
| | ) | |
| | ) | CRIMINAL FORFEITURE |
| | ) | ALLEGATION : |
| | ) | Vio. 18 U.S.C. § 2253 |
| | ) | |

I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1:
Sexual Exploitation of a Child – Receipt of Child Pornography

Between a date unknown to the Grand Jury, but no later than or about July 27, 2015, and on or about August 20, 2015, within the District of Alaska, the defendant, GREGORY TODD NUMANN, did knowingly receive, by any means and facility of interstate and foreign commerce, visual depictions of minors engaging in sexually explicit conduct, including but not limited to, "Linda 10yo Intercourse And Orgasm.mpg," "!!![New 0608 !!! 12Yo Fk Part 2.avi," "11yo [REDACTED] sucks her dad – salty_milk.mpg," "Kingpass S Mirouf 5-9Mylola 2Girls 11-12Yo Preteen Lolita.avi," and "12-13Yo Ptsc Pedo Preteen.mpg," "mylola 12.jpg," Mylola 13.jpg," and "Mylola 15.jpg," the production of which involved the use of minors engaging in sexually explicit conduct.

All of which is in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## COUNT 2:
Sexual Exploitation of a Child – Possession of Child Pornography

Between on or about July 27, 2015, and on or about August 20, 2015, within the District of Alaska, the defendant, GREGORY TODD NUMANN, did knowingly possess matter containing visual depictions of minors engaging in sexually explicit conduct that have been mailed, and shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which were

Page 2 of 4

produced using materials that have been mailed and shipped and transported, by any means including by computer.

The depictions were produced using minors engaging in sexually explicit conduct and the depictions were of such conduct.

All of which is in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).

<u>CRIMINAL FORFEITURE ALLEGATION</u>:

Upon conviction for violating Title 18, United States Code, Section 2252(a)(2) and (a)(4)(B), as alleged in this Indictment, defendant GREGORY TODD NUMANN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, his interest in any and all matter which contains visual depictions produced, transported, mailed, shipped, or received in violation thereof; any property constituting or traceable to gross profits or other proceeds the defendant obtained as a result of the aforementioned violation; and any and all property used or intended to be used to commit and to promote the commission of the aforementioned violation, including but not limited to the following:

(1)     an Apple iMac, model A131Z, serial number QP10303CDNR;

(2)     a Dell Optiplex GX240, serial number BS1V811;

(3)     a Toshiba laptop, model 1715, serial number Y022510CU; and

(4)     an ASUS laptop S/N: X15-53817.

If any property subject to forfeiture, as a result of the offenses alleged in this Indictment cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 2253 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

<u>s/ Grand Jury Foreperson</u>
GRAND JURY FOREPERSON

<u>s/ Audrey J. Renschen for</u>
KYLE REARDON
United States of America
Assistant U.S. Attorney

<u>s/ Kevin Feldis for</u>
KAREN L. LOEFFLER
United States of America
United States Attorney

DATE: <u>6/21/16</u>

Page 4 of 4